UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE CARMEN M.,<br><br>                    Plaintiff,<br><br>   v.<br><br>ANDREW M. SAUL,<br>Commissioner of the Social Security Administration,<br><br>                    Defendant. | No. CV 18-7673 FFM<br><br>JUDGMENT OF REMAND |

The Court having entered an Order pursuant to Sentence 4 of 42 U.S.C. § 405(g),

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings set forth in the Order filed concurrently herewith.

DATED: February 27, 2020

                                              /S/FREDERICK F. MUMM
                                              FREDERICK F. MUMM
                                          United States Magistrate Judge