# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIE CARMEN MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>　　　　Defendant | ) Case No.: 2:18-cv-07673-FFM<br>)<br>) {~~PROPOSED~~} ORDER AWARDING<br>) EQUAL ACCESS TO JUSTICE ACT<br>) ATTORNEY FEES AND EXPENSES<br>) PURSUANT TO 28 U.S.C. § 2412(d)<br>) AND COSTS PURSUANT TO 28<br>) U.S.C. § 1920<br>)<br>)<br>) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $4,000.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE:　April 20, 2020

　　　　　　　　　　　　　　　　　　　_____ Patrick J. Walsh
　　　　　　　　　　　　　　　　　　　THE HONORABLE ~~FREDERICK F. MUMM~~
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

-1-